

# NUMBER 13-18-00008-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE TRANE US. INC. AND RIGOBERTO GARZA

### On Petition for Writ of Mandamus.

# ORDER

### Before Justices Rodriguez, Longoria, and Hinojosa
### Order Per Curiam

Relators Trane U.S. Inc. and Rigoberto Garza filed a petition for writ of mandamus and motion for emergency stay in the above cause on January 4, 2018. Through this original proceeding, relators seek to compel the trial court to vacate a November 14, 2017 order granting reinstatement of the underlying case after it was dismissed for want of prosecution. Through their motion for emergency stay, relators seek to stay all discovery and further proceedings in the trial court pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that the motion should be granted. The motion for emergency stay is

GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests that the real party in interest, A.J. Steel Erectors LLC, or any others whose interest would be directly affected by the relief sought, including but not limited to STEX Industries and Merdy Villarreal, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of January, 2018.